*E-Filed 10/2/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON DARN, | No. C 12-2029 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

This is a federal habeas corpus action. The petition was dismissed with leave to file an amended petition within 30 days. More than 30 day have passed, and petitioner has not filed an amended petition. Accordingly, the action is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: October 2, 2012

RICHARD SEEBORG
United States District Judge