*E-Filed 1/28/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JASON DARN,            No. C 12-2029 RS (PR)

    Petitioner,            **ORDER EXTENDING TIME**

    v.

ANTHONY HEDGPETH, Warden,

    Respondent.

Respondent's motion to extend time to file an answer or a dispositive motion (Docket No. 8) is GRANTED. Respondent shall file an answer or dispositive motion on or before April 1, 2013. The Clerk shall terminate Docket No. 8.

**IT IS SO ORDERED**.

DATED: January 28, 2013

RICHARD SEEBORG
United States District Judge